HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
lcirelli@hansonbridgett.com
MATTHEW J. PECK, SBN 287934
mpeck@hansonbridgett.com
G. THOMAS RIVERA III, SBN 333556
trivera@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:	(415) 777-3200
Facsimile:	(415) 541-9366

Attorneys for Defendant
NORTECH WASTE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ECOHUB, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RECOLOGY INC., NORTECH WASTE LLC, and DOES 1 through 10,<br><br>　　　　Defendants. | Case No. 3:22-cv-9181-TSH<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT NORTECH WASTE LLC'S MOTION TO DISMISS**<br><br>[*Filed concurrently with Nortech Waste, LLC's Motion to Dismiss*]<br><br>Judge:　Hon. Thomas S. Hixson<br>Date:　　April 27, 2023<br>Time:　　10:00 a.m.<br>Crtrm.:　G – 15th Floor |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Rule 201 of the Federal Rules of Evidence, Defendant Nortech Waste, LLC ("Nortech") respectfully requests that this Court take judicial notice of the following fact in support of its Motion to Dismiss ("Motion"):

1.　Western Place Waste Management Authority ("WPWMA") is a public agency, pursuant to California Government Code section 6500 *et seq.* (the Joint Exercise of Powers Act).

**MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to Federal Rules of Evidence, Rule 201, "[t]he court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy

1  cannot reasonably be questioned." Fed. Rule Evid. 201(b).  "The court may take judicial notice at any stage of the proceeding." Fed. R. Evid. 201(d).

The fact that WPWMA is a public entity is judicially noticeable. It is generally known that WPWMA is a governmental body, and that status is readily determined by reviewing its public website (https://wpwma.ca.gov/about-wpwma/) which is judicially noticeable as a public record, given that it is the official website of a public agency. *Santa Monica Food Not Bombs v. City of Santa Monica,* 450 F.3d 1022, 1025 n. 2 (9th Cir. 2006) (taking judicial notice of "public records" that "can be accessed at Santa Monica's official website.")  The contents of the WPWMA website, specifically the fact that WPWMA is a "regional agency established in 1978 through a joint exercise of powers agreement between Placer county and the cities of Lincoln, Rocklin and Roseville" are not subject to reasonable dispute. Fed. Rule Evid. 201(b); *see also Placer Ranch, Inc. v. Western Placer Waste Management Auth.*, No. C040523, 2004 WL 2335229, at *1 (Cal. Ct. App. Oct. 18, 2004) (noting that "[WPWMA] is a public agency created under the Joint Exercise of Powers Act.")

The fact that WPWMA is a public agency is relevant to the Motion; specifically, Nortech's argument that Plaintiff EcoHub's allegations of Intentional and Negligent Interference With Prospective Business Advantage fail to state a claim.

Therefore, Nortech respectfully requests that the Court grant this request and take judicial notice of the fact of WPWMA's status as a public agency.

DATED: March 2, 2023                                                HANSON BRIDGETT LLP


By:     */s/Lawrence M. Cirelli*
      LAWRENCE M. CIRELLI
      MATTHEW J. PECK
      G. THOMAS RIVERA III
      Attorneys for Defendant
      NORTECH WASTE LLC