UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOHUB, LLC,<br>              Plaintiff,<br>    v.<br>RECOLOGY INC., et al.,<br>              Defendants. | Case No. 22-cv-09181-TSH<br><br>**ORDER VACATING HEARING**<br>Re: Dkt. Nos. 42, 43 |

This matter is currently scheduled for a hearing on August 31, 2023 regarding Defendant Recology Inc.'s ("Recology") Motion to Dismiss pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6) (ECF No. 43) and Defendant Nortech Waste LLC's ("Nortech") Motion to Dismiss pursuant to Rule 12(b)(6) (ECF No. 42). Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the motions suitable for disposition without oral argument and **VACATES** the hearing. The matter is deemed under submission.

**IT IS SO ORDERED.**

Dated: August 28, 2023

THOMAS S. HIXSON
United States Magistrate Judge