HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
lcirelli@hansonbridgett.com
MATTHEW J. PECK, SBN 287934
mpeck@hansonbridgett.com
G. THOMAS RIVERA III, SBN 333556
trivera@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 777-3200
Facsimile:     (415) 541-9366

Attorneys for Defendant
NORTECH WASTE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ECOHUB, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>RECOLOGY INC., NORTECH WASTE LLC, and DOES 1 through 10,<br><br>        Defendants. | Case No. 3:22-cv-9181<br><br>**JOINT STIPULATION EXTENDING THE TIME FOR DEFENDANTS TO PLEAD IN RESPONSE TO PLAINTIFF'S THIRD AMENDED COMPLAINT AND FOR THE PARTIES TO EXCHANGE INITIAL DISCLOSURES (L.R. 6-1(a))** |

Pursuant to Local Rule 6-1(a), Plaintiff EcoHub LLC ("Plaintiff") and Defendants Nortech Waste LLC ("Nortech") and Recology Inc. ("Recology" and together with Nortech, "Defendants"), by and through their undersigned counsel, jointly stipulate as follows:

WHEREAS, Plaintiff filed its complaint on December 30, 2022; and

WHEREAS, the Parties previously stipulated to extend the deadline for Defendants to respond to the current complaint by 21 days to February 15, 2023 (Dkt. 13); and

WHEREAS, the Court, following the stipulation of the Parties, previously modified the pleading schedule to allow Plaintiff to file its First Amended Complaint by February 16, 2023 (Dkt. 17); and

WHEREAS, the Court, following the stipulation of the Parties while Defendants' Motions to Dismiss Plaintiff's First Amended Complaint were pending, further modified the pleading and

20044942.4

JOINT STIPULATION EXTENDING TIME DEFENDANTS TO PLEAD IN RESPONSE TO THIRD AMENDED COMPLAINT AND TO EXCHANGE INITIAL DISCLOSURES (L.R. 6-1(a))

related motion schedule to allow Plaintiff to file its Second Amended Complaint by March 23, 2023 (Dkt. 29); and

WHEREAS, Defendants separately moved to dismiss Plaintiff's Second Amended Complaint on April 24, 2023 (Dkts. 31, 32); and

WHEREAS, the Court granted Defendants' Motions to Dismiss with leave to amend on June 6, 2023 (Dkt. 40); and

WHEREAS, Plaintiff filed its Third Amended Complaint on July 6, 2023; and

WHEREAS, Defendants separately moved to dismiss Plaintiff's Third Amended Complaint on July 20, 2023 (Dkts. 42, 43); and

WHEREAS, the Court issued an order granting in part and denying in part Nortech's Motion to Dismiss the Third Amended Complaint, and denied Recology's Motion to Dismiss the Third Amended Complaint on October 11, 2023 (Dkt. 49); and

WHEREAS, the Court's October 11, 2023 order also set a Case Management Conference for November 9, 2023, and directed the Parties to submit a Joint Case Management Conference Statement by November 2, 2023; and

WHEREAS, Defendants' deadline to file their pleadings responsive to the Third Amended Complaint are currently due on October 25, 2023, under Rule 12 of the Federal Rules of Civil Procedure; and

WHEREAS, the Parties conferred and have agreed and stipulated that Defendants may have a 13-day extension, until November 7, 2023, to plead in response to Plaintiff's Third Amended Complaint according to Rule 12; and

WHEREAS, the Parties conferred and have also agreed and stipulated to a mutual 28-day extension of time, until November 30, 2023, to exchange Initial Disclosures under Rule 26 of the Federal Rules of Civil Procedure; and

WHEREAS, the Parties stipulate and agree that these extension of times will not affect any other deadlines set by the Court, including the submission of the Joint Case Management Statement or the business of the November 9, 2023 Case Management Conference, and this is the first extension sought by the Parties with respect to the operative Third Amended Complaint;

NOW, THEREFORE, by and through their respective counsel of record, the Parties hereby stipulate and agree as follows:

1. Defendants' time to file their pleadings responsive to the Plaintiff's Third Amended Complaint is extended by 13 days from October 25 to November 7, 2023;

2. The deadline for the Parties to exchange Initial Disclosures is extended by 28 days from November 2 to November 30, 2023.

**IT IS SO STIPULATED.**

DATED: October 19, 2023                          HANSON BRIDGETT LLP

By:     */s/ Lawrence M. Cirelli*
LAWRENCE M. CIRELLI
Attorneys for Defendant
NORTECH WASTE LLC

DATED: October 19, 2023                          MORRISON & FOERSTER LLP

By:     */s/ Robert W. May*
ROBERT W. MAY
Attorneys for Defendant
RECOLOGY INC.

DATED: October 19, 2023                          EICHMANN, a professional coproration

By:  */s/ Jeff Eichmann*
JOHN JEFFREY EICHMANN
Attorneys for Plaintiff
ECOHUB, LLC

## **SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED: October 19, 2023　　　　　　　　　HANSON BRIDGETT LLP

By: _/s/ Lawrence M. Cirelli_
LAWRENCE M. CIRELLI
Attorneys for Defendant
NORTECH WASTE LLC

JOINT STIPULATION EXTENDING TIME DEFENDANTS TO PLEAD IN RESPONSE TO THIRD AMENDED COMPLAINT AND TO EXCHANGE INITIAL DISCLOSURES (L.R. 6-1(a))