1  HANSON BRIDGETT LLP
   LAWRENCE M. CIRELLI, SBN 114710
2  lcirelli@hansonbridgett.com
   MATTHEW J. PECK, SBN 287934
3  mpeck@hansonbridgett.com
   DAVID C. CASARRUBIAS, SBN 321994
4  dcasarrubias@hansonbridgett.com
   425 Market Street, 26th Floor
5  San Francisco, California 94105
   Telephone:  (415) 777-3200
6  Facsimile:   (415) 541-9366

7  Attorneys for Defendant
   NORTECH WASTE LLC
8

9               UNITED STATES DISTRICT COURT

10       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11

| 12 | ECOHUB, LLC, | Case No. 3:22-cv-9181-TSH |
|---|---|---|
| 13 | Plaintiff, | **NOTICE OF CHANGE IN COUNSEL (LOCAL RULE 5-1(c)(2)(C))** |
| 14 | v. | |
| 15 | RECOLOGY INC., NORTECH WASTE LLC, and DOES 1 through 10, | Complaint Filed: December 30, 2022<br>FAC Filed: February 16, 2023<br>SAC Filed: March 23, 2023 |
| 16 | Defendants. | TAC Filed: July 6, 2023 |

20559202.2                            1                    Case No. 3:22-cv-9181-TSH
                            NOTICE OF CHANGE IN COUNSEL

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 5-1(c)(2)(C), Defendant NORTECH WASTE LLC ("Nortech") requests that G. Thomas Rivera III, formerly of Hanson Bridgett LLP, and currently listed as an attorney of record for Nortech, be withdrawn as counsel and attorney of record in this case. Nortech will continue to be represented by counsel listed in the above caption. Therefore, Nortech respectfully requests that Mr. Rivera be removed from the Court's and all parties' electronic mail list for this case.

DATED: March 1, 2024

HANSON BRIDGETT LLP

By: */s/ Lawrence M. Cirelli*
LAWRENCE M. CIRELLI
MATTHEW J. PECK
DAVID C. CASARRUBIAS
Attorneys for Defendant
NORTECH WASTE LLC