ROBERT W. MAY (CA SBN 295566)
RMay@mofo.com
ALEXANDRA B. PLUTSHACK (CA SBN 313690)
APlutshack@mofo.com
ANNEL BECERRA RODRIGUEZ (CA SBN 346096)
ABecerraRodriguez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone:   415.268.7000
Facsimile:   415.268.7522

Attorneys for Defendant
RECOLOGY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ECOHUB, LLC, <br><br> Plaintiff, <br><br> v. <br><br> RECOLOGY INC., NORTECH WASTE LLP, AND DOES 1 THROUGH 10, <br><br> Defendants. | Case No. 3:22-cv-9181-TSH <br><br> **NOTICE OF CHANGE IN COUNSEL** |

1  PLEASE TAKE NOTICE that ALEXANDRA B. PLUTSHACK of Morrison & Foerster
2  LLP hereby withdraws as attorney of record for Defendant Recology Inc. in this action. Counsel
3  of record for Defendant Recology Inc. otherwise remains the same.

Dated: May 28, 2024

MORRISON & FOERSTER LLP

By: */s/ Alexandra B. Plutshack*
Robert W. May
Alexandra B. Plutshack
Annel Becerra Rodriguez

*Attorneys for Defendant*
RECOLOGY INC.

NOTICE OF CHANGE IN COUNSEL
CASE NO. 3:22-cv-9181-TSH