HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
lcirelli@hansonbridgett.com
MATTHEW J. PECK, SBN 287934
mpeck@hansonbridgett.com
DAVID C. CASARRUBIAS-GONZÁLEZ, SBN 321994
dcasarrubias-gonzalez@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:	(415) 777-3200
Facsimile:	(415) 541-9366

Attorneys for Defendant
NORTECH WASTE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ECOHUB, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>RECOLOGY INC., NORTECH WASTE LLC, and DOES 1 through 10,<br><br>       Defendants. | Case No. 3:22-cv-9181<br><br>**JOINT STIPULATION MODIFYING CASE MANAGEMENT ORDER (Dkt. 55); [PROPOSED] ORDER** |

Pursuant to Local Rule 6-1(b), Plaintiff EcoHub LLC ("Plaintiff") and Defendants Nortech Waste LLC ("Nortech") and Recology Inc. ("Recology" and together with Nortech, "Defendants"), by and through their undersigned counsel, jointly stipulate as follows:

WHEREAS, on November 3, 2023, the Court entered a Case Management Order setting various case management deadlines (Dkt. 55) including an August 15, 2024 deadline for the completion of all fact discovery;

WHEREAS, the Parties have conducted document and other written discovery and are in the midst of conducting deposition discovery;

WHEREAS, the Parties have agreed to participate in a private mediation on August 26, 2024 and have agreed to complete a limited number of depositions of fact witnesses prior to the mediation;

WHEREAS, in order to conserve party resources in advance of the mediation (and also due

to difficulties in scheduling the depositions of certain necessary fact witnesses prior to the current August 15, 2024 fact discovery cutoff), the parties agree that a limited extension of the fact discovery deadline as to depositions only (and as to motions to compel arising from such depositions or discovery requests served as of July 25, 2024) is appropriate;

WHEREAS, this limited extension requires only minor modifications to the current case management order deadlines regarding expert discovery and summary judgment.

NOW, THEREFORE, by and through their respective counsel of record, the Parties hereby stipulate and agree to the following new deadlines (which are bolded and underlined for the convenience of the Court):

| Event | Current Deadline | New Deadline |
|---|---|---|
| Close of Fact Discovery (other than depositions) | 8/15/2024 | 8/15/2024 |
| Close of Fact Discovery (for depositions only and as to motions to compel arising from such depositions or discovery requests served as of July 25, 2024) | 8/15/2024 | **9/27/2024** |
| Disclosure of Expert Witnesses | 9/5/2024 | **10/4/2024** |
| Disclosure of Rebuttal Expert Witnesses | 10/3/2024 | **11/1/2024** |
| Close of Expert Discovery | 10/21/2024 | **11/15/2024** |
| Deadline to File Dispositive Motions | 11/7/2024 | **11/11/2024** |
| Deadline to File Oppositions to Dispositive Motions | 11/29/2024 | **12/3/2024** |
| Deadline to File Replies in Support of Dispositive Motions | 12/19/2024 | 12/19/2024 |
| Hearing on Dispositive Motions | 1/9/2025 | 1/9/2025 |
| Exchange of Pretrial Disclosures | 3/12/2025 | 3/12/2025 |
| Deadline to File Pretrial Documents | 3/27/2025 | 3/27/2025 |
| Deadline to File Oppositions to Motions in Limine | 4/3/2025 | 4/3/2025 |
| Pretrial Conference | 4/17/2025 | 4/17/2025 |
| Final Pretrial Conference | 5/15/2025 | 5/15/2025 |
| Jury Trial (Duration to be determined) | 5/26/2025 | 5/26/2025 |

|    |    |    |
|----|----|----|
| 1  | **IT IS SO STIPULATED.** | |
| 2  | DATED: July 26, 2024 | HANSON BRIDGETT LLP |
| 3  | | |
| 4  | | By: _____/s/ Lawrence M. Cirelli_____ |
| 5  | | LAWRENCE M. CIRELLI |
|    | | MATTHEW J. PECK |
| 6  | | DAVID C. CASARRUBIAS-GONZÁLEZ |
| 7  | | Attorneys for Defendant |
|    | | NORTECH WASTE LLC |
| 8  | DATED: July 26, 2024 | MORRISON & FOERSTER LLP |
| 9  | | |
| 10 | | |
| 11 | | By: _____/s/ Robert W. May_____ |
|    | | ROBERT W. MAY |
| 12 | | Attorneys for Defendant |
|    | | RECOLOGY INC. |
| 13 | | |
| 14 | DATED: July 26, 2024 | EICHMANN, a professional coproration |
| 15 | | |
| 16 | | By: _____/s/ John Jeffrey Eichmann_____ |
|    | | JOHN JEFFREY EICHMANN |
| 17 | | Attorneys for Plaintiff |
| 18 | | ECOHUB, LLC |

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED: July 26, 2024							HANSON BRIDGETT LLP

							By: ____*/s/ Lawrence M. Cirelli*____
							LAWRENCE M. CIRELLI
							MATTHEW J. PECK
							DAVID C. CASARRUBIAS-GONZÁLEZ
							Attorneys for Defendant
							NORTECH WASTE LLC

# [PROPOSED] ORDER

Pursuant to the parties' stipulation, and good cause appearing therefore, the Court modifies the deadlines appearing in its November 3, 2023 Case Management Order as follows:

| Event | Deadline |
|---|---|
| Close of Fact Discovery (other than depositions) | 8/15/2024 |
| Close of Fact Discovery (for depositions only (and as to motions to compel arising from such depositions or discovery requests served as of July 25, 2024) | 9/27/2024 |
| Disclosure of Expert Witnesses | 10/4/2024 |
| Disclosure of Rebuttal Expert Witnesses | 11/1/2024 |
| Close of Expert Discovery | 11/15/2024 |
| Deadline to File Dispositive Motions | 11/11/2024 |
| Deadline to File Oppositions to Dispositive Motions | 12/3/2024 |
| Deadline to File Replies in Support of Dispositive Motions | 12/19/2024 |
| Hearing on Dispositive Motions | 1/9/2025 |
| Exchange of Pretrial Disclosures | 3/12/2025 |
| Deadline to File Pretrial Documents | 3/27/2025 |
| Deadline to File Oppositions to Motions in Limine | 4/3/2025 |
| Pretrial Conference | 4/17/2025 |
| Final Pretrial Conference | 5/15/2025 |
| Jury Trial (Duration to be determined) | 5/26/2025 |

**IT IS SO ORDERED**.

DATED: ____August 5____, 2024

THOMAS S. HIXSON
United States Magistrate Judge