1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ECOHUB, LLC,<br><br>            Plaintiff,<br><br>       v.<br><br>RECOLOGY INC., NORTECH WASTE LLC, AND DOES 1 THROUGH 10,<br><br>            Defendants. | Case No. 3:22-cv-09181-TSH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RECOLOGY INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:         January 9, 2025<br>Time:        10:00 a.m.<br>Courtroom: G – 15th Floor<br>Judge:        Hon. Thomas S. Hixson<br><br>Action Filed:  December 20, 2022<br>Trial Date:     May 26, 2025 |

1  The Court having reviewed and considered Defendant Recology Inc.'s Motion for
2  Summary and associated papers, hereby ORDERS that Defendant's Motion for Summary
3  Judgment is GRANTED.
4
5  Dated: _____
6                                THOMAS S. HIXON
                              United States Magistrate Judge