# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ECOHUB, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>RECOLOGY INC., NORTECH WASTE LLC, and DOES 1 through 10,<br><br>    Defendants. | Case No. 3:22-cv-9181<br><br>**JOINT STIPULATION MODIFYING CASE MANAGEMENT ORDER (Dkt. 75);** [PROPOSED] ORDER |

Pursuant to Local Rule 6-1(b), Plaintiff EcoHub LLC ("Plaintiff") and Defendants Nortech Waste LLC ("Nortech") and Recology Inc. ("Recology" and together with Nortech, "Defendants"), by and through their undersigned counsel, jointly stipulate as follows:

On August 5, 2024, the Court entered a modified Case Management Order re-setting various case management deadlines (ECF No. 75) that the parties had requested (ECF No. 74). This included the following deadlines for dispositive motions:

| Event | Deadline |
|---|---|
| Deadline to File Dispositive Motions | 11/11/2024 |
| Deadline to File Oppositions to Dispositive Motions | 12/3/2024 |
| Deadline to File Replies in Support of Dispositive Motions | 12/19/2024 |
| Hearing on Dispositive Motions | 1/9/2025 |

Because November 11 was a federal holiday, the deadline to file dispositive motions was automatically extended to November 12 under Federal Rule of Civil Procedure 6, which the Court confirmed at the October 29 discovery hearing. This left Plaintiff with one less day to prepare and file its oppositions than Plaintiff had anticipated when agreeing to the stipulated schedule shown above. To account for this, Plaintiff proposed and Defendants agreed to further amend the schedule to move the opposition and reply deadlines back by one day each.

NOW, THEREFORE, by and through their respective counsel of record, the Parties hereby stipulate and agree to the following new deadlines (which are bolded and underlined for the convenience of the Court):

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline to File Dispositive Motions | 11/12/2024 | 11/12/2024 |
| Deadline to File Oppositions to Dispositive Motions | 12/3/2024 | **12/4/2024** |
| Deadline to File Replies in Support of Dispositive Motions | 12/19/2024 | **12/20/2024** |
| Hearing on Dispositive Motions | 1/9/2025 | 1/9/2025 |
| Exchange of Pretrial Disclosures | 3/12/2025 | 3/12/2025 |
| Deadline to File Pretrial Documents | 3/27/2025 | 3/27/2025 |
| Deadline to File Oppositions to Motions in Limine | 4/3/2025 | 4/3/2025 |
| Pretrial Conference | 4/17/2025 | 4/17/2025 |
| Final Pretrial Conference | 5/15/2025 | 5/15/2025 |
| Jury Trial (Duration to be determined) | 5/26/2025 | 5/26/2025 |

**IT IS SO STIPULATED.**

Dated:  November 26, 2024                              Respectfully submitted,


By: */s/ Jeff Eichmann*                                By: */s/ Lawrence Cirelli*
    John Jeffrey Eichmann (CA SBN 227472)         Lawrence M. Cirelli (CA SBN 114710)
    **EICHMANN, a professional corporation**       Matthew J. Peck (CA SBN 287934)
                                                   **HANSON BRIDGETT LLP**
    Kevin C. Mayer (CA SBN 118177)                 LAWRENCE M. CIRELLI, SBN 114710
    William A. Logan (Bar No. 115042)
    **LOGAN MAYER LLP**                            Attorneys for Defendant
                                                   NORTECH WASTE LLC
    Attorneys for Plaintiff
    ECOHUB LLC                              By: */s/ Robert May*
                                                   Robert W. May (CA SBN 295566)
                                                   **MORRISON & FOERSTER LLP**

                                                   Attorneys for Defendant
                                                   RECOLOGY INC.

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this joint filing is submitted, concur in the filing's content and have authorized the filing.

Date: November 26, 2024                    Respectfully submitted,

By: */s/ Jeff Eichmann*
John Jeffrey Eichmann (CA 227472)
(admitted in N.D. Cal.)
**EICHMANN, a professional corporation**
225 Arizona Ave., Suite 300
Santa Monica, California 90401
310-237-9190 (tel.)
jeichmann@eichmann.com

# [PROPOSED] ORDER

Pursuant to the parties' stipulation, and good cause appearing therefore, the Court modifies the deadlines appearing in its August 5, 2024 amended Case Management Order as follows:

| Event | Deadline |
| --- | --- |
| Deadline to File Dispositive Motions | 11/12/2024 |
| Deadline to File Oppositions to Dispositive Motions | 12/4/2024 |
| Deadline to File Replies in Support of Dispositive Motions | 12/20/2024 |
| Hearing on Dispositive Motions | 1/9/2025 |
| Exchange of Pretrial Disclosures | 3/12/2025 |
| Deadline to File Pretrial Documents | 3/27/2025 |
| Deadline to File Oppositions to Motions in Limine | 4/3/2025 |
| Pretrial Conference | 4/17/2025 |
| Final Pretrial Conference | 5/15/2025 |
| Jury Trial (Duration to be determined) | 5/26/2025 |

**IT IS SO ORDERED**.

DATED: __November 26__, 2024

THOMAS S. HIXSON
United States Magistrate Judge