UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ECOHUB, LLC,

        Plaintiff,

v.

RECOLOGY INC., et al.,

        Defendants.

Case No. 22-cv-09181-TSH

**DISCOVERY ORDER**

Re: Dkt. No. 90

In the joint discovery letter brief at ECF No. 90, EcoHub raises two issues.

**A.    Crime-Fraud**

EcoHub's crime-fraud argument fails because the November 10, 2020 email does not contain a false assertion of fact. In that email Nortech demanded that EcoHub obtain a large amount of financing within three days and threatened to pull the plug on the joint RFP if EcoHub failed to obtain that. Neither the demand nor the threat was a statement of fact. Demands and threats in business negotiations are often just bargaining positions, and the Court is reluctant to ascribe to them implied assertions of fact that the speaker didn't actually say.

**B.    Claw Back**

The claw back is timely. The privilege log descriptions of the clawed back email and related emails establish that the attorney-client privilege apples. EcoHub does not provide any argument explaining why the privilege is inapplicable. In the face of a good privilege log and no real explanation for why the privilege does not apply, the Court declines to engage in *in camera* review of the documents at issue.

Accordingly, EcoHub's motion to compel is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 4, 2024

THOMAS S. HIXSON
United States Magistrate Judge