1  John Jeffrey Eichmann (Bar No. 227472)
2  **EICHMANN, a professional corporation**
   225 Arizona Avenue, Suite 300
3  Santa Monica, CA 90401
   310-237-9190 (tel.)
4  310-237-9199 (fax)
   jeichmann@eichmann.com
5

6  Kevin C. Mayer (Bar No. 118177)
   William A. Logan (Bar No. 115042)
7  **LOGAN MAYER LLP**
   100 Pine St., Suite 1250
8  San Francisco, CA 94111
   415-738-0764 (tel.)
9  415-376-0956 (fax)
   kmayer@loganmayerllp.com
10 wlogan@loganmayerllp.com
11
12 *Attorneys for the Plaintiff*

13              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
14                      **San Francisco Division**
15

16  EcoHub, LLC,                          | **Case No. 3:22-cv-09181-TSH**
17          Plaintiff,
                                          | **Plaintiff's Request for Oral Argument on**
18  v.                                    | **Defendants' Motions for Summary Judgment**
19  Recology Inc., Nortech Waste LLC, and
    Does 1 through 10,
20
21          Defendants.
22
23
24
25
26
27
28

Request for Oral Argument

1    Plaintiff EcoHub, LLC respectfully requests that the Court hold oral argument on Defendants'
2  pending motions for summary judgment. ECF Nos. 85 and 88. Both motions are currently set for
3  hearing on January 9, 2025. *Id.*; ECF No. 92 (Order 11/26/2024) at 4. Plaintiff is requesting that the
4  Court proceed with oral argument on that date (or, if necessary, another date that is more convenient
5  for the Court) rather than vacating the hearing date and ruling on the motions on the papers alone.
6  Plaintiff recognizes that the Court has the discretion to rule on the motions on the papers under
7  Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b) and is not suggesting that the
8  Court is obligated to proceed with oral argument. Rather, Plaintiff is expressing its desire to be heard
9  at oral argument given the importance of the case to the parties and the density of the factual record
10 and issues in dispute.

Date:  December 13, 2024

Respectfully submitted,

By: */s/ Jeff Eichmann*
John Jeffrey Eichmann (CA 227472)
(admitted in N.D. Cal.)
**EICHMANN, a professional corporation**
225 Arizona Avenue, Suite 300
Santa Monica, California 90401
310-237-9190 (tel.)
jeichmann@eichmann.com

Kevin C. Mayer (Bar No. 118177)
William A. Logan (Bar No. 115042)
**LOGAN MAYER LLP**
100 Pine St., Suite 1250
San Francisco, CA 94111
415-738-0764 (tel.)
kmayer@loganmayerllp.com
wlogan@loganmayerllp.com

***Attorneys for Plaintiff EcoHub, LLC***