UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOHUB, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RECOLOGY INC., et al.,<br><br>　　　　　　Defendants. | Case No. 22-cv-09181-TSH<br><br>**JUDGMENT** |

On April 23, 2025, the Court granted motions for summary judgment brought by Defendant Nortech Waste, LLC and by Defendant Recology Inc. ECF Nos. 85, 88. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS JUDGMENT** in favor of Defendants and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: April 23, 2025

　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge